Downing *v.* Downing, Appellant.

Argued June 19, 1967; reargument refused August 18, 1967. *Eve W. Downing,* appellant, in propria persona; *Louis Sherman,* for appellee.

PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.